Sharon Biederman (SBN 91330)
Akiba1708@yahooo.com
1198 Pacific Coast Hwy, #D512
Seal Beach, CA  90740
Telephone 562-598-3700

E-FILED:  **2/26/2009**

Robert Boyajian, Esq. (SBN 112235)
RobertBoyajian@gmail.com
Attorney at Law
2222 East First Street
Santa Ana, California 92705-3896
714.505.4300

Attorney for Mayor Dune, Inc. Assignee of Record of Plaintiff/Judgment Creditor Loeff & Van Der Ploeg

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LOEFF & VAN DER PLOEG,<br><br>              Plaintiff,<br>     vs.<br>MICHAEL BOYAJIAN, et al.<br><br>              Defendants.<br>_____<br><br>AND RELATED CASES<br><br><br>_____ | **CASE NO'S:  CV 96-5737 GHK**<br>                         **CV 97-3913 GHK**<br>                         **CV 97-3914 GHK**<br><br>[**PROPOSED**]<br>**RENEWAL OF JUDGMENT** |

Judgment Debtors MICHAEL BOYAJIAN, SHAHROKH ORDOUBADI and KARL KAVEH SHOWRAI (collectively "Defendants") having Judgment, jointly and severally, entered against each of them on January 26, 1999, in the United States District Court for the Central District of California in Consolidated Case No.s CV 96-5737-LGB, CV 97-3913-LGB and CV 97-3914-LGB, said Judgment having

**RENEWAL OF JUDGMENT -** 1

1 | been duly entered in favor of Plaintiff LOEFF & VAN DER PLOEG ("Loeff"), and
2 | having been assigned by Loeff to MAYOR DUNE, INC., the Assignee of Record
3 | and Judgment Creditor in these consolidated cases;
4 |     NOW, upon Application for and Renewal of Judgment by MAYOR DUNE,
5 | INC. and upon declaration that Defendants have failed to pay the total amount of the
6 | Judgment; and that Defendants are, jointly and severally, indebted to MAYOR
7 | DUNE, INC.;
8 |     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the
9 | Judgment against Defendants be renewed in the amount of $317,030.72, as of
10 | January 23, 2009, as follows:
11 | Itemization of original Judgment as entered:

| | | |
|---|---|---:|
| 12 | a. Principal …………………………………...…… $ | 160,883.00 |
| 13 | b. Prejudgment Interest ………………………………... $ | 123,656.69 |
| 14 | c. Costs ……………………………………………….$ | 5,850.40 |
| 15 | SUBTOTAL (Total of original Judgment as entered)..……...…$ | 290,390.09 |
| 16 | d. Principal and post-judgment interest on Judgment of | |
| 17 | $290,390.09 computed from date of its entry on | |
| 18 | January 26, 1999 through August 8, 2004 at daily | |
| 19 | interest of 4.545% per annum, compounded | |
| 20 | annually……….……………………………………… $ | 371,464.84 |
| 21 | e. Less partial payment after Judgment received from | |
| 22 | judgment debtor Michael Boyajian on August 9, | |
| 23 | 2004……………………………………………....$ | 111,446.23 |
| 24 | SUBTOTAL (Judgment balance, less payment credit of | |
| 25 | $111,446.23, as of August 9, 2004)…………………..$ | 260,018.61 |
| 26 | f. Outstanding principal and post-judgment interest on | |
| 27 | unpaid balance of Judgment computed from August 9, | |
| 28 | 2004 through January 22, 2009 at daily interest of | |

**RENEWAL OF JUDGMENT - 2**

1           4.545% per annum, compounded annually…….…..…. $     317,030.72

2

3 Dated: 2/26/09                                   _____

4                                          George H. King, U.S. District Judge
                                          Central District of California

5

6

7 Presented by:

8

9

10 _____

11 ROBERT BOYAJIAN
Attorney for Mayor Dune, Inc.
12 Assignee of Record of Plaintiff/
Judgment Creditor
13 Loeff & Van Der Ploeg

14

15 ///

16

17

18

19

20

21

22

23

24

25

26

27

28

**RENEWAL OF JUDGMENT -** 3